**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**GLOBAL PERFORMANCE GROUP, INC.**                    **PLAINTIFF/**
                                                       **COUNTER-DEFENDANT**

**VS.**                    **4:17-CV-00110-BRW**

**MCCAIN FOODS USA, INC.**                    **DEFENDANT/**
                                              **COUNTER-PLAINTIFF**

**ORDER**

The Joint Motion to Dismiss (Doc. No. 14) is GRANTED. Accordingly, this CASE is

DISMISSED subject to the terms of the settlement agreement. Plaintiff's claims against

Defendant are dismissed with prejudice and Defendant's counterclaims are dismissed without

prejudice.

This Court specifically retains jurisdiction to enforce the terms of the settlement

agreement.

IT IS SO ORDERED this 14th day of June, 2017.


                                        /s/ Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE